**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**PAUL DANIELS, JR.,**

    **Plaintiff,**

    v.                                      Civil Action 2:10-cv-00968
                                              Judge Algenon L. Marbley
                                              Magistrate Judge E.A. Preston Deavers

**JOHN DOE LISATH,** *et al.,*

    **Defendants.**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the July 13, 2011 Opinion and Order, the Court ADOPTED the Report and Recommendation, OVERRULED Plaintiff's Objections. In addition, the Court **DENIED AS MOOT** Plaintiff's Motion to Appoint Counsel (ECF No. 2) and **DENIED** Plaintiff's Motion to Amend as futile (ECF No. 16). Accordingly, the Court **DISMISSES** this action for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A.

Date: **July 13, 2011**                    **James Bonini, Clerk**

                                                                s/Betty L. Clark
                                                              Betty L. Clark/Deputy Clerk